1  PERKINS COIE LLP
2  Amy E. Simpson, Bar No. 241090
   ASimpson@perkinscoie.com
3  David R. Pekarek Krohn
4  (Pro Hac Vice)
   DPekarekKrohn@perkinscoie.com
5  Attorneys for Defendants and Counter Claimants
6  EXPERIAN INFORMATION SOLUTIONS, INC. and MAPR TECHNOLOGIES, INC.
7
8  Stephen M. Lobbin (SBN 181195)
   slobbin@onellp.com
9  **ONE LLP**
10 4000 MacArthur Boulevard
   East Tower, Suite 500
11 Newport Beach, California 926 60
   Tel: 949.502.2870
12 Fax: 949.258.5081
13

14 Attorneys for Plaintiff
15 **MOBILE NETWORKING SOLUTIONS, LLC**

16                    **UNITED STATES DISTRICT COURT**
17                   **CENTRAL DISTRICT OF CALIFORNIA**
                            **SOUTHERN DIVISION**
18

19  MOBILE NETWORKING                  | Case No.: 8:17-cv-00884-DOC-JCG
    SOLUTIONS, LLC,
20                                     | **STIPULATION OF VOLUNTARY**
              Plaintiff,               | **DISMISSAL AS BETWEEN**
21                                     | **MOBILE NETWORKING**
    vs.                                | **SOLUTIONS, LLC AND**
22                                     | **EXPERIAN INFORMATION**
                                       | **SOLUTIONS, INC.**
23  EXPERIAN INFORMATION
    SOLUTIONS, INC. and MAPR
24  TECHNOLOGIES, INC.,
25            Defendants

26
27
28

1    Plaintiff Mobile Networking Solutions, LLC ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian") hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that the above-captioned action is voluntarily dismissed with prejudice only as between Plaintiff and Experian as follows:

   1. Plaintiff hereby dismisses with prejudice its claims against Experian;

   2. Experian hereby dismisses with prejudice its counterclaims against the Plaintiff; and

   3. Each of Plaintiff and Experian shall bear its own costs and attorneys' fees.

Dated: October 5, 2017                                    Respectfully submitted,

**PERKINS COIE LLP**                                      **ONE LLP**

By: */s/ Amy E. Simpson*                                  By: /s/Stephen M. Lobbin
    Amy E. Simpson, Bar No. 241090                            Stephen M. Lobbin
    ASimpson@perkinscoie.com                                  *Attorneys for Plaintiff Mobile*
    David R. Pekarek Krohn                                    *Networking Solutions, Inc.*
    (*Pro Hac Vice*)
    DPekarekKrohn@perkinscoie.com

   *Attorneys for Defendant Experian Information Solutions, Inc.*