Stephen M. Lobbin (SBN 181195)
slobbin@onellp.com
ONE LLP
4000 MacArthur Boulevard
East Tower, Suite 500
Newport Beach, California 92660
Tel: 949.502.2870
Fax: 949.258.5081
*Attorneys for Plaintiff Mobile Networking Solutions, LLC*

Amy E. Simpson, Bar No. 241090
ASimpson@perkinscoie.com
David R. Pekarek Krohn
(Pro Hac Vice)
DPekarekKrohn@perkinscoie.com
PERKINS COIE LLP
*Attorneys for Defendant MapR Technologies, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOBILE NETWORKING SOLUTIONS, LLC,<br><br>           Plaintiff<br><br>vs.<br><br>MAPR TECHNOLOGIES, INC.,<br>           Defendant | Case No.: 5:17-cv-05999-BLF<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Plaintiff Mobile Networking Solutions, LLC ("Plaintiff") and Defendant MapR Technologies, Inc. ("Defendant") hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that the above-captioned action is voluntarily dismissed with prejudice as follows:

1. Plaintiff hereby dismisses with prejudice its claims against Defendant;

2. Defendant hereby dismisses with prejudice its counterclaims against the Plaintiff; and

3. Each of Plaintiff and Defendant shall bear its own costs and attorneys' fees.

Dated: December 28, 2017                               Respectfully submitted,

**PERKINS COIE LLP**                                   **ONE LLP**

By: */s/ Amy E. Simpson*                               By: */s/ Stephen M. Lobbin*
    Amy E. Simpson, Bar No. 241090          Stephen M. Lobbin, Bar No. 181195
    ASimpson@perkinscoie.com                 slobbin@onellp.com
    David R. Pekarek Krohn
    (*Pro Hac Vice*)
    DPekarekKrohn@perkinscoie.com            *Attorneys for Plaintiff Mobile Networking Solutions, Inc.*

*Attorneys for Defendant MapR Technologies, Inc.*

- 1 -

**ORDER**

Having considered the stipulation of the parties set forth above, and good cause therefrom appearing,

IT IS HEREBY ORDERED:

This case is dismissed with prejudice, with each party hereto to bear its own costs and expenses.


Dated: _____
                                              HONORABLE BETH LABSON FREEMAN
                                              UNITED STATES DISTRICT JUDGE